UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHAWN ANDERSON

VERSUS

STATE OF LOUISIANA, THROUGH THE
LOUISIANA DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS, ET AL

CIVIL ACTION

NO. 09-75-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 21, 2010 (doc. no. 42). The plaintiff has filed an objection and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion to Modify the Scheduling Order and to Amend the Complaint, rec.doc.no. 26, is GRANTED IN PART, such that the Complaint is amended to assert the claim stated in paragraphs 36 through 40 of the proposed Amended Complaint regarding an alleged state-wide policy with respect to the Nation of Islam, and DENIED in all other respects.

Baton Rouge, Louisiana, this 18th day of June, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA